UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHERYL MCANESPY-SMITH**                                            **CIVIL ACTION**

**VERSUS**                                                                                  **NO. 14-2569**

**HARTFORD INSURANCE COMPANY OF THE MIDWEST**        **SECTION "S" (3)**

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Ex Parte Motion to Force Placement of Disputed Funds Into Court's Registry [Doc. #17] is **GRANTED**.

New Orleans, Louisiana, this __7th__ day _____January_____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**