UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHERYL MCANESPY-SMITH                                    CIVIL ACTION

VERSUS                                                   NO. 14-2569

HARTFORD INSURANCE COMPANY OF THE MIDWEST                SECTION "S" (3)

ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that the Motion to Apportion Attorney Fees and request for Expedited Hearing [Doc. #26] is GRANTED as outlined in the Magistrate Judge's Report and Recommendation.

New Orleans, Louisiana, this  23rd  day  September , 2016.

_____
UNITED STATES DISTRICT JUDGE